UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Crim. No. 09-4114 (SRC) |
| V. | : | |
| | : | |
| EVERETT ABNEY | : | ORDER |
| | : | |

This matter having come before the Court on the application of Defendant Everett Abney by David A. Holman, Assistant Federal Public Defender, for an order modifying the conditions of bail, and the government, by Assistant United States Attorney Lee Vartan, and Pre-trial Services, by Ken Rowan, having no objections to this modification,

IT IS on this        day of August, 2010,

ORDERED that the conditions of bail shall be modified to permit Mr. Abney to travel from New Jersey on August 21, to Indianapolis, Indiana and return on August 29.  Mr. Abney will provide his travel itinerary to Pre-trial Services and will comply with that agency's travel directives and instructions.

IT IS FURTHER ORDERED that all other conditions of bail shall remain in effect.

_____
HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

_____
DAVID A. HOLMAN, AFPD

_____
LEE VARTAN, AUSA

_____
KEN ROWAN, USPT